UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALBERTO CONDOLEO, et al.,

                Plaintiffs,

      -against-

GUANGZHOU JINDO CONTAINER CO., LTD.,
et al.,

                Defendants.
-------------------------------------------------------------------X

**ORDER**
15-CV-4677 (SJF) (ARL)

**LINDSAY, Magistrate Judge:**

      Plaintiffs Alberto and Anna Condoleo (collectively, "Plaintiffs") bring this action to recover for personal injuries allegedly sustained by Alberto Condoleo when the rear steel header beam of a shipping container fell and struck him. The discovery deadline in this case, as set by District Judge Feuerstein, is May 15, 2018.

      Before the Court is the letter motion by plaintiffs, dated May 9, 2018. ECF No. 55. That branch of plaintiffs' motion which moves to compel defendant Bridgeport Container Services, Ltd. ("Bridgeport") to appear for a deposition on May 14, 2018, and to respond to plaintiff's discovery demands, served on April 21, 2018, is denied. Plaintiffs did not timely notice the deposition of Bridgeport to occur on May 14, 2018, even though this case has been pending since August 10, 2015. Moreover, plaintiffs' discovery demands were not served in time to allow for a response within the discovery time period. In the absence of an extension of the discovery schedule by the district court, this portion of plaintiffs' application is denied. The Court will address the remainder of plaintiff' application as against the APL defendants via separate Order.

Dated: Central Islip, New York
       May 10, 2018

SO ORDERED:

_____/s_____
ARLENE R. LINDSAY
United States Magistrate Judge